UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL JOHN NULL, et al.,

Plaintiff,

v.

Hon. Hala Y. Jarbou

DANA NESSEL, et al.,

Case No. 1:26-cv-2587

Defendants.

**ORDER TO SHOW CAUSE**

On September 15, 2026, Plaintiff filed a complaint against Defendants alleging violations pursuant to 42 U.S.C. §§ 1983, 1988, and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). (ECF No. 1.) Plaintiff failed to submit proposed summonses for defendants at the time of filing the complaint. To date, Plaintiff has failed to submit proposed summons forms to the Clerk's office for issuance. Fed. R. Civ. P. 4(b).

Plaintiff shall show cause in writing by November 2, 2026 why this matter should not be dismissed as to these defendants pursuant to Fed. R. Civ. P. 41(b) and W.D.Mich. L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of this court. Failure to show good cause will result in a Report and Recommendation that these defendants be dismissed.

IT IS SO ORDERED.

Dated: October 19, 2026

/s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge