UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL JOHN NULL, et al.,

Plaintiffs,

v.

DANA NESSEL, et al.,

Defendants.

Hon. Hala Y. Jarbou

Case No. 1:26-cv-2587

**REPORT AND RECOMMENDATION**

Plaintiffs filed this action on September 15, 2026, pursuant to 28 U.S.C. § 1331, alleging *Bivens* claims under the Second, Fourth, Fifth, Eighth, and Fourteenth Amendments. The docket indicates that summonses were not issued as none were provided by the filing parties. On October 19, 2026, an Order to Show Cause issued directing Plaintiff to show cause in writing by November 2, 2026 why this matter should not be dismissed pursuant to Fed. R. Civ. P. 41(b) and W.D. Mich. LCivR. 41.1 for want of prosecution and failure to comply with the rules and orders of this Court. (ECF No. 6.) Plaintiff has failed to respond.

As such, the undersigned hereby recommends that this matter be dismissed pursuant to Fed. R. Civ. P. 41(b) and W.D. Mich. LCivR 41.1 for want of prosecution and failure to comply with the rules and orders of this Court.

Dated: November 4, 2026

/s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).