UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL JOHN NULL, et al.,

Plaintiffs,

v.

DANA NESSEL, et al.,

Defendants.
______________________________/

Case No. 1:26-cv-2587

Hon. Hala Y. Jarbou

**ORDER**

On November 4, 2026, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) that the Court dismiss this case for want of prosecution and failure to comply with the rules and orders of this Court. (R&R, ECF No. 7.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on November 18, 2026. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 7) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiffs' complaint is **DISMISSED** for want of prosecution and failure to comply with the rules and orders of this Court.

A judgment will enter consistent with this Order.

Dated: November 19, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE