UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL JOHN NULL, et al.,

Plaintiffs,

v.

DANA NESSEL, et al.,

Defendants.
______________________________/

Case No. 1:26-cv-2587

Hon. Hala Y. Jarbou

**JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiffs' action is **DISMISSED**.

Dated: November 19, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE